UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLYNE C. JENKINS,
For Audrey Jenkins,

                Plaintiff,

-against-

VALERIE MARGOLIN; IRWIN L. PITNIK;
LARRY COHEN; HERB COHEN,

                Defendants.

21-CV-5108 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated June 15, 2021, the Court directed Plaintiff to file, within thirty days, a declaration showing cause why this action should not be dismissed for lack of subject matter jurisdiction. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a declaration. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 22, 2021
          New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge