UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYNE C. JENKINS,<br>For Audrey Jenkins,<br><br>                 Plaintiff,<br><br>-against-<br><br>VALERIE MARGOLIN; IRWIN L. PITNIK;<br>LARRY COHEN; HERB COHEN,<br><br>                 Defendants. | 21-CV-5108 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 22, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 22, 2021
            New York, New York

                                                 /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                               Chief United States District Judge